■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEFTALI LOPER-ENA, Appellant. — Judgment of the Supreme Court, Queens County (Dunkin, J.), rendered May 12, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Thompson, Bracken and Rubin, JJ., concur.

# (June 7, 1982)

■ ART-TEX PETROLEUM, INC., Appellant, v EXXON CORPORATION, Respondent. — Order of the Supreme Court, Dutchess County (Jiudice, J.), dated December 3, 1981, affirmed, with $50 costs and disbursements. (See *Barouh Eaton Allen Corp. v International Business Machs. Corp.,* 76 AD2d 873.) Mollen, P. J., Thompson, Bracken and Brown, JJ., concur.